IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY D. THOMPSON, | ) | 8:08CV07 |
|         Petitioner, | ) ) ) | |
| v. | ) ) | |
| DOUGLAS COUNTY COURTS, | ) ) | |
|         Respondent. | ) ) ) | |
| LAWRENCE - LARRY D. THOMPSON, | ) ) ) | 8:08CV28 |
|         Petitioner, | ) ) | |
| v. | ) ) ) | |
|         Defendant. | ) ) | |
| LAWRENCE - LARRY D. THOMPSON, | ) ) ) | 8:08CV56 |
|         Petitioner, | ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) ) ) | |
|         Defendant. | ) ) | |

These matters are before the court on its own motion. On April 16, 2008, the court granted Plaintiff's Motion for Extension of Time and allowed him to amend his

habeas corpus Petitions by June 2, 2008.[1] (Case No. 8:08CV07, Filing No. 12; Case No. 8:08CV28, Filing No. 9; Case No. 8:08CV56, Filing No. 10.) Plaintiff has not filed an amended petition or any other response. In light of this, these matters are dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Petitioner's Petitions for Writ of Habeas Corpus (Case No. 8:08CV07, filing no. 1; Case No. 8:08CV28, filing no. 1; Case No. 8:08CV56, filing no. 1) are dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

November 19, 2008.　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Chief United States District Judge

---

[1] Petitioner was required to amend his Petitions because the court determined that "all three Petitions fail to adequately state a factual or legal basis for a claim" and that "the majority of Petitioner's submissions are indecipherable." Two of the Petitions do not list a respondent. (Case No. 8:08CV07, Filing No. 10; Case No. 8:08CV28, Filing No. 7; Case No. 8:08CV56, Filing No. 8.)